

July 10, 2019

**Michael C. Schmidt**
Member
Direct Phone   212-453-3937
Direct Fax     866-736-3682
mschmidt@cozen.com

<u>VIA ECF</u>

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>Dimitrov v. Gyro LLC et al.</u>
      <u>Case No. 18-CV-3600 (GHW) (DCF)</u>

Dear Judge Woods:

  We represent the Defendants Gyro LLC, Gyro Communications Limited, and Dentsu Aegis Network, Ltd. in the above-referenced action, and respectfully write to advise the Court that the parties have reached a settlement. The parties have finalized their written settlement agreement (pending signatures over the next several days), and will be filing a stipulation of dismissal shortly.

  Thank you for your attention to this matter.

           Respectfully yours,

           COZEN O'CONNOR

           By: Michael C. Schmidt

cc: Plaintiff Kalin Dimitrov, *Pro Se* (via e-mail)